IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV193

| | |
|---|---|
| QIN'S, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| AMERICAN PRESIDENT LINES, LTD. ) | |
| and SUPERIOR LINK ) | |
| INTERNATIONAL, INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    This matter is before the court upon Plaintiff's Notice of Final Federal Maritime Decision in the Case of Qin's, Inc. v. Superior Link International, Inc. Plaintiff requests that the court dismiss this action with prejudice in light of the ruling in the FMC matter. Upon request of counsel for Defendant Superior Link, the court will keep the stay in this case in effect for a period of fourteen more days to allow Superior Link sufficient time to respond to Plaintiff's filing. It appears to the court that the Plaintiff would suffer no unfair prejudice as a result.

    IT IS THEREFORE ORDERED that Superior shall have fourteen days from the date of entry of this Order to respond to Plaintiff's Notice of Final Federal Maritime Decision.

Signed: September 5, 2006

Graham C. Mullen
United States District Judge