# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### (Charlotte Division)

| | |
|---|---|
| QIN'S, INC., | CIVIL Case No. 03:03cv193 |
| Plaintiffs, | |
| vs. | **ORDER ALLOWING WITHDRAWAL OF COUNSEL** |
| AMERICAN PRESIDENT LINES, LTD. and SUPERIOR LINK INTERNATIONAL, INC., | |
| Defendants. | |

UPON THE MOTION of Peter F. Morgan and the law firm of Erwin and Eleazer, P.A., for leave of Court to withdraw as counsel of record for Defendant Superior Link International, Inc., and for good cause shown;

IT IS HEREBY ORDERED that Peter F. Morgan and the law firm of Erwin and Eleazer, P.A., be allowed to withdraw as counsel of record for Defendant Superior Link International, Inc.

A copy of this Order shall be served upon Superior Link International, Inc., who shall take such further action *pro sé* to protect its interests in this matter as it may deem appropriate. This Order shall operate without prejudice to Superior Link International, Inc.'s right to respond to the Plaintiff's Notice of Final Federal Maritime Decision, as provided in the Court's prior Order extending stay entered on September 5, 2006.

SO ORDERED this the 12th day of September, 2006.

The Honorable Graham C. Mullen
United States District Court Judge

Western District Of North Carolina
Charlotte Division

EE:00055718.