IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CV193

| | |
|---|---|
| QIN'S, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| AMERICAN PRESIDENT LINES, LTD. ) | |
| and SUPERIOR LINK INTERNATIONAL, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

His matter is before the court upon Plaintiff's Notice of Final Federal Maritime Decision. In this court's Order of December 15, 2004, the court requested that it be notified once a final decision was issued by the Federal Maritime Commission. On September 5, 2006, the court entered an Order allowing Superior fourteen days to respond to the Plaintiff's Notice. Superior has failed to respond. Accordingly,

IT IS THEREFORE ORDERED that the stay in this matter is hereby lifted, and this case is hereby dismissed with prejudice in light of the final ruling of the Federal Maritime Commission.

Signed: December 11, 2006

Graham C. Mullen
United States District Judge